Jeffrey L. Bornstein (SBN 99358)
jeff.bornstein@klgates.com
Leanne E. Hartmann (SBN 264787)
leanne.hartmann@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
QI FANG HUANG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 11-0343 JSW |
|---|---|
| Plaintiff, | **STIPULATION FOR ORDER TO RETURN PASSPORT; [~~PROPOSED~~] ORDER** |
| v. | |
| QI FANG HUANG, et al., | |
| Defendants. | |

SF-269294 v1

**CR 11-0343 JSW**
DEFENDANT QI FANG HUANG'S STIPULATION FOR ORDER TO RETURN PASSPORT;
[~~PROPOSED~~] ORDER

IT IS HEREBY STIPULATED by and between counsel for the United States and counsel for Defendant QI FANG HUANG, that the Clerk of this Court be ordered to return to Ms. Huang the United States Passport # 442881319 that Ms. Huang surrendered to the Clerk on May 31, 2011. The basis for the Stipulation is that Ms. Huang was sentenced on August 9, 2012.

Respectfully submitted,

K&L GATES LLP

Dated: August 23, 2012  By: */s/ Leanne E. Hartmann*
Jeffrey L. Bornstein
Leanne E. Hartmann
Attorneys for Defendant
QI FANG HUANG

UNITES STATES ATTORNEY'S OFFICE

Dated: August 23, 2012  By: */s/ David R. Callaway*
David R. Callaway
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES

### [PROPOSED] ORDER

IT IS ORDERED THAT the Clerk of this Court return QI FANG HUANG's United States passport # 442881319 to her attorneys of record.

Dated: August 24, 2012

HONORABLE JEFFREY S. WHITE
Judge of the United States District Court
Northern District of California

---

**CR 11-0343 JSW**                1
DEFENDANT QI FANG HUANG'S STIPULATION FOR ORDER TO RETURN PASSPORT;
[~~PROPOSED~~] ORDER